# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 21-0376V

| | |
|---|---|
| BONNIE GRACZYK,<br><br>　　　　　　　Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>　　　　　　　Respondent. | Chief Special Master Corcoran<br><br>Filed: September 20, 2023 |

*Jessica Olins, Maglio Christopher & Toale, PA, Seattle, WA*, for Petitioner.

*Benjamin Patrick Warder, U.S. Department of Justice, Washington, DC*, for Respondent.

### **DECISION AWARDING DAMAGES**[1]

On January 8, 2021, Bonnie Graczyk filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") resulting from an influenza ("flu") vaccine received in her left arm on November 19, 2019. Petition at 1, 3. Petitioner further alleges that the vaccine was administered in the United States, her vaccine related injuries have lasted more than six months, and neither Petitioner, nor any other party, has ever brought an action or received compensation in the form of an award or settlement for Petitioner's vaccine-related injuries. Petition at ¶¶ 6, 17, 20-21. The case was assigned to the Special Processing Unit of the Office of Special Masters (the "SPU").

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

On June 16, 2023, a ruling on entitlement was issued, finding Petitioner entitled to compensation for SIRVA. On September 20, 2023, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $37,500.00. Proffer at 2. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $37,500.00 (all of which is for pain and suffering) in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

                                              **s/Brian H. Corcoran**
                                              Brian H. Corcoran
                                              Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# OFFICE OF SPECIAL MASTERS

|  |  |
|---|---|
| BONNIE GRACZYK, ) | |
| ) | |
| Petitioner, ) | |
| ) | No. 21-376V **(ECF)** |
| v. ) | Chief Special Master Corcoran |
| ) | |
| SECRETARY OF HEALTH ) | |
| AND HUMAN SERVICES, ) | |
| ) | |
| Respondent. ) | |

## **RESPONDENT'S PROFFER ON AWARD OF COMPENSATION**

On January 8, 2021, Bonnie Graczyk ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, as amended, 42 U.S.C. §§ 300aa-1 to -34 ("Vaccine Act"), alleging that she suffered a Shoulder Injury Related to Vaccine Administration ("SIRVA"), as defined in the Vaccine Injury Table, following administration of an influenza vaccine that she received on November 19, 2019.  ECF No. 1 at 1.  On March 9, 2022, petitioner filed a motion for finding of fact, in which she argued that she had established a claim for compensation for SIRVA under the Vaccine Act.  ECF No. 24.  On March 22, 2022, the Secretary of Health and Human Services ("respondent") filed a response to petitioner's motion for finding of fact, in which he argued that petitioner had failed to establish a claim for compensation for SIRVA under the Vaccine Act, and that this case should be dismissed.  ECF No. 26.  On March 29, 2022, petitioner filed a reply to respondent's response to the motion for finding of fact.  ECF No. 27.  On June 16, 2023, the Chief Special Master issued his Ruling on Entitlement, in which he found that petitioner was entitled to compensation.  ECF No. 30.

**I.      Item of Compensation**

    A.    <u>Pain and Suffering</u>

Respondent proffers that petitioner should be awarded $37,500.00 in pain and suffering. *See* 42 U.S.C. § 300aa-15(a)(4).  Petitioner agrees.

This amount represents all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a).  Petitioner agrees.

**II.     Form of the Award**

Petitioner is a competent adult.  Evidence of guardianship is not required in this case. Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment as described below and requests that the Chief Special Master's decision and the Court's judgment award the following:[1]  a lump sum payment of $37,500.00, in the form of a check payable to petitioner.

**III.    Summary of Recommended Payment Following Judgment**

    Lump sum payable to petitioner, Bonnie Graczyk:     **$37,500.00**

                                    Respectfully submitted,

                                    BRIAN M. BOYNTON
                                    Principal Deputy Assistant Attorney General

                                  C. SALVATORE D'ALESSIO
                                  Director
                                  Torts Branch, Civil Division

                                  HEATHER L. PEARLMAN
                                  Deputy Director
                                  Torts Branch, Civil Division

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future lost earnings and future pain and suffering.

                                                TRACI R. PATTON
                                                Assistant Director
                                                Torts Branch, Civil Division

                                                <u>*/s/ Benjamin P. Warder*</u>
                                                BENJAMIN P. WARDER
                                                Trial Attorney
                                                Torts Branch, Civil Division
                                                U.S. Department of Justice
                                                P.O. Box 146, Ben Franklin Station
                                                Washington, DC 20044-0146
                                                Telephone:  (202) 532-5464
                                                Email:  Benjamin.P.Warder@usdoj.gov

DATE:  September 20, 2023